APPENDIX G

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

VisionQuest National, Ltd.          :
                                    :
                                    :
                                    :
          V.                        :          Civil Action
                                    :          No: _____
School District of Philadelphia     :

### DISCLOSURE STATEMENT FORM

**FILED**

**JAN 0 8 2016**

MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

Please check one box:

X          The nongovernmental corporate party, VisionQuest National, Ltd.
           , in the above listed civil action does not have any parent corporation and
           publicly held corporation that owns 10% or more of its stock.

           The nongovernmental corporate party, _____
           , in the above listed civil action has the following parent corporation(s) and
           publicly held corporation(s) that owns 10% or more of its stock:

           _____
           _____
           _____
           _____

_1-8-16_____          _____
Date                                          Signature

           Counsel for:   _Plaintiff, VisionQuest National, Ltd._____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a)     WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
           two copies of a disclosure statement that:
           (1)     identifies any parent corporation and any publicly held corporation
                   owning 10% or more of its stock;  or

           (2)     states that there is no such corporation.

   (b)  TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
           (1)     file the disclosure statement with its first appearance, pleading,
                   petition, motion, response, or other request addressed to the court;
                   and
           (2)     promptly file a supplemental statement if any required information
                   changes.